**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHARLES SEIFE,

                Plaintiff,                15 **CIVIL** 5487 (LTS)

        -against-                       **JUDGMENT**

UNITED STATES FOOD AND DRUG
ADMINISTRATION,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 10, 2021, Defendant's motion for summary judgment is denied as to the documents listed at entries 64-68 and 105 of the Vaughn index, and is otherwise granted as set forth above. Plaintiff's cross-motion for summary judgment is granted as to entries 64-68 and 105 of the Vaughn index, and is otherwise denied; accordingly, this case is closed.

**Dated:**  New York, New York
           August 10, 2021

                                                **RUBY J. KRAJICK**
                                                _____
                                                      **Clerk of Court**
                            **BY:**
                                                        **Deputy Clerk**