# BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439

November 18, 2021

The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

BY ECF TRANSMISSION

Re: *Seife v. U.S. Food & Drug Administration*, 1:15-cv-05487-LTS; second unopposed request for extension of deadlines to file attorney fee petition and notice of taxation of costs.

Dear Judge Swain:

I write respectfully to request a 61-day extension, until January 24, 2022, of the deadlines to file Plaintiff's notice of taxation of costs as well as its petition for attorney fees. Currently, based on the Court's order granting the first such request, dkt. # 87, Plaintiff's petition for attorney fees and notice of taxation of costs are both due November 24, 2021.

Plaintiff has shared with Defendant a proposal to settle this case and the parties are engaged in good-faith negotiations toward that end. The parties desire additional time to explore the possibility of a negotiated resolution of the cost and attorney fee issue in this case.

I have conferred with FDA's counsel, Jean-David Barnea and can represent to the Court that Defendant does not oppose this request.

I thank the Court for its consideration of this request.

Sincerely,

*s/David Bahr*
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439

The foregoing request for an extension, until January 24, 2022, of the deadline to file Plaintiff's notice of taxation of costs and petition for attorney's fees is granted on the basis that Plaintiff has demonstrated good cause for the extension of time for the reasons explained above.  Docket no. 88 resolved.
SO ORDERED.
11/18/2021
/s/ Laura Taylor Swain, Chief USDJ

Cc: AUSA Jean-David Barnea, *Defendant's Counsel* (via ECF and email).