# BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439

March 4, 2022                                                                                           <u>MEMO ENDORSED</u>

The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

                                                                                        BY ECF TRANSMISSION

Re: *Seife v. U.S. Food & Drug Administration*, 1:15-cv-05487-LTS; fourth unopposed request for extension of deadlines to file attorney fee petition and notice of taxation of costs.

Dear Judge Swain:

I write respectfully to request a 46-day extension, until April 25, 2022, of the deadlines to file Plaintiff's notice of taxation of costs as well as its petition for attorney fees. Currently, based on the Court's order granting the second such request, dkt. # 89, Plaintiff's petition for attorney fees and notice of taxation of costs are both due March 10, 2022.

Plaintiff has shared with Defendant a proposal to settle this case and the parties are continuing to engage in good-faith negotiations toward that end. The parties desire additional time to explore the possibility of a negotiated resolution of the cost and attorney fee issue in this case.

I have conferred with FDA's counsel, Jean-David Barnea and can represent to the Court that Defendant does not oppose this request.

I thank the Court for its consideration of this request.

Sincerely,

<u>s/David Bahr</u>
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR  97402
(541) 556-6439

Cc: AUSA Jean-David Barnea, *Defendant's Counsel* (via ECF and email).

---

The foregoing extension request is granted.  Dkt. no. 92 resolved.
SO ORDERED.
3/4/2022
/s/ Laura Taylor Swain, Chief USDJ